LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GIL A. SHINOHARA <br> a/k/a GIL SHINOHARA, and <br> TAKAHISA GOTO, <br><br> Defendants. | CRIMINAL CASE NO. 03-00047 <br><br> **UNITED STATES' MOTION TO DISMISS INDICTMENT, AND SUPERSEDING INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment and Superseding Indictment in the above cause, as to defendant TAKAHISA GOTO, be dismissed, for the reason that the defendant waived indictment and entered a plea of guilty to an Information on April 5, 2004, under Criminal Case No. 04-00017, which said Information incorporated similar criminal acts as described in the Indictment.

Respectfully submitted this 1st day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: JEFFREY J. STRAND
Assistant U.S. Attorney