LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV -7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GIL A. SHINOHARA <br> a/k/a GIL SHINOHARA, and <br> TAKAHISA GOTO, <br><br> Defendants. | CRIMINAL CASE NO. 03-00047 <br><br> ORDER <br> re: October 31, 2005 <br> United State's Motion to <br> Dismiss Indictment, and <br> Superseding Indictment |

The United State's Motion to Dismiss Indictment, and Superseding Indictment, as to defendant TAKAHISA GOTO, filed on October 31, 2005, is hereby granted.

**SO ORDERED** this 7 day of November, 2005.

ROBERT CLIVE JONES*
UNITED STATES DISTRICT JUDGE

ORIGINAL

---

*The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.